UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                    CASE NO.: 20-15802-CMG
                                                                        CHAPTER 13

**Barry W. Herbert,**
  Debtor.

**JoAnn Herbert,**
  Joint Debtor.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Authorized Agent for Secured Creditor
                                               130 Clinton Rd #202
                                               Fairfield, NJ 07004
                                               Telephone: 973-575-0707
                                               By: /s/Shauna Deluca
                                               Shauna Deluca
                                               Email: sdeluca@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BARRY W. HERBERT
10 CARTLIDGE AVENUE
HAMILTON, NJ 08610

JOANN HERBERT
10 CARTLIDGE AVENUE
HAMILTON, NJ 08610

And via electronic mail to:

KEVIN C. FAYETTE
LAW OFFICES OF KEVIN FAYETTE, LLC
1675 WHITEHORSE MERCERVILLE ROAD
SUITE 204
HAMILTON, NJ 08619

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Micheai McKenzie