**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Barry W. Herbert | Social Security number or ITIN  xxx–xx–5027 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | JoAnn Herbert | Social Security number or ITIN  xxx–xx–9424 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number: 20–15802–CMG

## Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry W. Herbert                                JoAnn Herbert

<u>2/5/24</u>                                      **By the court:** <u>Christine M. Gravelle</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                       **Chapter 13 Discharge**                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-15802-CMG
Barry W. Herbert  Chapter 13
JoAnn Herbert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Feb 05, 2024 | Form ID: 3180W | Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry W. Herbert, JoAnn Herbert, 10 Cartlidge Avenue, Hamilton, NJ 08610-1602 |
| 518810684 | + | Eastern Dental of Hamilton, 2103 Whitehorse-Mercerville Road, Hamilton, NJ 08619-2694 |
| 518810685 | + | Hamilton Cardiology Associates Pa, PO BOX 9955, Trenton, NJ 08650-2955 |
| 518810686 | | Hamilton Dental Associates, 1262 Whitehorse Hamilton Square Road, Trenton, NJ 08690-3711 |
| 518810690 | | James A. Boozan, MD, 3100 Princeton Pike; Building 4, Ste G, Lawrence Township, NJ 08648-2300 |
| 518864762 | + | PSE&G, Attn: Bankruptcy Department, P O Box 709, Newark NJ 07101-0709 |
| 518810694 | + | Patient First, PO BOX 758941, Baltimore, MD 21275-8941 |
| 518810698 | | Santander Bank, Attn: Bankruptcy, POB 847051, Boston, MA 02284-7051 |
| 518834701 | | Santander Bank, N.A., POB 847051, Boston, MA 02284-7051 |
| 518810700 | + | Santander Card Service Processing, P.O. Box 12768, Reading, PA 19612-2768 |
| 518812068 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518810702 | | Trans-Continental Credit & Collection Co, P.O. Box 8500-1576, Philadelphia, PA 19178-1576 |
| 518810704 | | Trustees UPHS HUP PP, P.O. Box 824406, Philadelphia, PA 19182-4406 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518834489 | + | EDI: PHINAMERI.COM | Feb 06 2024 01:42:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 518810687 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 05 2024 20:48:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 518813723 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 05 2024 20:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518810675 | + | EDI: PHINAMERI.COM | Feb 06 2024 01:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518810676 | + | Email/Text: rperez@arcadiarecovery.com | Feb 05 2024 20:48:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 518810678 | + | EDI: BANKAMER | Feb 06 2024 01:36:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518837008 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2024 21:00:15 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-15802-CMG    Doc 51    Filed 02/07/24    Entered 02/08/24 00:16:13    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 518810679 | + | EDI: CITICORP | Feb 06 2024 01:42:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518810683 | + | EDI: CITICORP | Feb 06 2024 01:42:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518873003 | | EDI: CITICORP | Feb 06 2024 01:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518810689 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 05 2024 20:48:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 518810680 | | EDI: JPMORGANCHASE | Feb 06 2024 01:42:00 | Chase, PO Box 78420, Phoenix, AZ 85062 |
| 518810681 | | EDI: JPMORGANCHASE | Feb 06 2024 01:42:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518810682 | | EDI: JPMORGANCHASE | Feb 06 2024 01:42:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518827829 | | EDI: JPMORGANCHASE | Feb 06 2024 01:42:00 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518833123 | + | Email/Text: RASEBN@raslg.com | Feb 05 2024 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518810691 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2024 20:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518878959 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2024 21:00:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518810693 | | Email/Text: govtaudits@labcorp.com | Feb 05 2024 20:47:00 | Laboratory Corporation of America Hold., PO Box 2240, Burlington, NC 27216-2240 |
| 519936929 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2024 20:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518872269 | | EDI: PRA.COM | Feb 06 2024 01:42:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518810697 | ^ | MEBN | Feb 05 2024 20:45:56 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518810695 | ^ | MEBN | Feb 05 2024 20:47:40 | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518810696 | ^ | MEBN | Feb 05 2024 20:47:41 | Penn Medicine Physicians PP, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 519112234 | | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2024 20:47:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519112233 | | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2024 20:47:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518810701 | + | EDI: SYNC | Feb 06 2024 01:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 518810703 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 05 2024 20:48:00 | Transworld Systems Inc., PO Box 15520, Wilmington, DE 19850-5520 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 3180W | Total Noticed: 43 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518894544 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 518810688 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 518810677 | *+ | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 518837009 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518810692 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518810699 | * | Santander Bank, Attn: Bankruptcy, POB 847051, Boston, MA 02284-7051 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor JoAnn Herbert kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Barry W. Herbert kfayette@kevinfayette.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11